UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICA'S KIDS, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:20-cv-03520<br>)<br>)  Hon. Virginia M. Kendall<br>)<br>)<br>)<br>) |

**MOTION TO DISMISS PLAINTIFF AMERICA'S KIDS, LLC'S AMENDED COMPLAINT BY DEFENDANT ZURICH AMERICAN INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Zurich American Insurance Company moves to dismiss with prejudice the amended complaint of Plaintiff America's Kids, LLC. In support of this Motion, Zurich relies on the accompanying Brief, Request for Incorporation by Reference and for Judicial Notice, and the Declaration of Bronwyn F. Pollock and the exhibits attached thereto, all of which are filed concurrently herewith; all of the pleadings and papers on file in this action; all matters of which this Court may take judicial notice; and on such other and further oral or documentary evidence as may be presented to the Court at or prior to the hearing on this Motion.

Dated: October 26, 2020          By: /s/ Debra Bogo-Ernst
                                      Debra Bogo-Ernst

                                 Debra Bogo-Ernst
                                 Samantha Booth
                                 MAYER BROWN LLP
                                 71 South Wacker Drive

i

Chicago, IL 60606-4637
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
dernst@mayerbrown.com
sbooth@mayerbrown.com

Bronwyn F. Pollock (*admitted pro hac vice*)
Douglas A. Smith (*admitted pro hac vice*)
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
bpollock@mayerbrown.com
dougsmith@mayerbrown.com

Archis A. Parasharami
Evan M. Tager (*admitted pro hac vice*)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
aparasharami@mayerbrown.com
etager@mayerbrown.com

*Attorneys for Defendant Zurich American Insurance Company*