# Exhibit 2



The City of New York
Office of the Mayor
New York, N.Y. 10007

EMERGENCY EXECUTIVE ORDER NO. 102

March 20, 2020

EMERGENCY EXECUTIVE ORDER

WHEREAS, on March 7, 2020, New York State Governor Andrew Cuomo declared a State disaster emergency for the entire State of New York to address the threat that COVID-19 poses to the health and welfare of New York residents and visitors; and

WHEREAS, Emergency Executive Order No. 98, issued March 12, 2020, contains a declaration of a state of emergency in the City of New York due to the threat posed by COVID-19 to the health and welfare of City residents, and such declaration remains in effect for a period not to exceed thirty (30) days or until rescinded, whichever occurs first; and

WHEREAS, this Order is given because of the propensity of the virus to spread person-to-person and also because the actions taken to prevent such spread have led to property loss and damage; and

WHEREAS, measures taken to combat the spread of COVID-19 may prevent individuals, businesses and other entities from meeting legally imposed deadlines for the filing of certain documents or for the completion of other required actions; and

WHEREAS, this Order is given in order to ensure that the Governor's orders are enforced; and

NOW, THEREFORE, pursuant to the powers vested in me by the laws of the State of New York and the City of New York, including but not limited to the New York Executive Law, the New York City Charter and the Administrative Code of the City of New York, and the common law authority to protect the public in the event of an emergency:

Section 1. I hereby direct that Emergency Executive Order No. 99, dated March 15, 2020, as amended by section 5 of this Order, is extended for five days.

§ 2. I hereby direct that Emergency Executive Order No. 100, dated March 16, 2020, as amended by sections 4 and 5 of this Order, is extended for five days.

§ 3. I hereby direct that Emergency Executive Order No. 101, dated March 17, 2020, is extended for five days.

§ 4. I hereby direct:
(a) Section 3 of Emergency Executive Order No. 100 is revoked.
(b) Section 8 of Emergency Executive Order No. 100 is amended to read as follows: Additionally, all entertainment venues, including but not limited to movie theaters, clubs, cinemas, theatres, concert venues, museums, and any other similar venues shall remain closed.
(c) Section 9 of Emergency Executive Order No. 100 is amended to read as follows: Additionally, all gyms, fitness centers and classes shall remain closed.
(d) All indoor common portions of retail shopping malls with in excess of 100,000 square feet of retail space available for lease shall close and cease access to the public. Any stores located within shopping malls that have their own external entrances open to the public, separate from the general mall entrance, may remain open provided that any interior entrances to common areas of the mall remain closed and locked. Any restaurants located within shopping malls that have their own external entrances open to the public, separate from the general mall entrance, may remain open for the sole purpose of providing take-out or delivery service, provided the total number of people waiting for take-out does not exceed fifty (50) people at any given time and that such persons follow social distancing protocols, and that any interior entrances to common areas of the mall remain closed and locked.
(e) Effective March 21, 2020 at 8:00 p.m. and until further notice, all barbershops, hair salons, tattoo or piercing parlors and providers of related personal care services will be closed to members of the public. This shall also include nail technicians, cosmetologists and estheticians, and the provision of electrolysis, laser hair removal services, as these services cannot be provided while maintaining social distance.
(f) Additionally, all places of public amusement, whether indoors or outdoors, including but not limited to, locations with amusement rides, carnivals, amusement parks, water parks, aquariums, zoos, arcades, fairs, children's play centers, funplexes, theme parks, bowling alleys, family and children's attractions shall remain closed. This shall not apply to public parks and open recreation areas, subject to the restrictions in Emergency Executive Order 99 as renewed by this Order.

§ 5. I hereby direct:
(a) Section 1 of Emergency Executive Order No. 99 is amended to read as follows: Any large gathering or event for which attendance is anticipated to be in excess of fifty people, or in excess of any number established as the maximum number permitted by an order of the Governor issued pursuant to his powers under section 29-a of the Executive Law, is cancelled or postponed.

  (b) Section 10 of Emergency Executive Order No. 100 is amended as follows: I hereby authorize all agencies to continue enforcing Emergency Executive Order No. 99, as amended by this Emergency Executive Order, and any additional limitations on large gatherings that may be imposed by the Governor of New York State pursuant to his powers under section 29-a of the Executive Law.

  (c) Notwithstanding any provision of Emergency Executive Order No. 99, as renewed by this Order, under no circumstances shall there be more than fifty people gathered at any time in any indoor or outdoor space on the premises of a private residence.

§ 6. I hereby direct, effective March 20, 2020 at 8:00 p.m., all businesses and not-for-profit entities in the City shall utilize, to the maximum extent possible, any telecommuting or work from home procedures that they can safely utilize. Each employer shall reduce the in-person workforce at any work locations by 50% no later than March 20, 2020 at 8:00 p.m., and shall further reduce its in-person workforce to the extent required by any order of the Governor issued pursuant to his powers under section 29-a of the Executive Law. Any essential business or entity providing essential services or functions shall not be subject to the in-person restrictions. This includes essential health care operations including research and laboratory services; essential infrastructure including utilities, telecommunication, airports and transportation infrastructure; essential manufacturing, including food processing and pharmaceuticals; essential retail including grocery stores and pharmacies; essential services including trash collection, mail, and shipping services; news media; banks and related financial institutions; providers of basic necessities to economically disadvantaged populations; construction; vendors of essential services necessary to maintain the safety, sanitation and essential operations of residences or other essential businesses; vendors that provide essential services or products, including logistics and technology support, child care and services needed to ensure the continuing operation of government agencies and provide for the health, safety and welfare of the public, and any other business that has been designated as essential by the Empire State Development Corporation pursuant to Governor's Executive Order 202.6 or designated as essential pursuant to any subsequent order issued by the Governor.

§ 7. I hereby direct, effective March 21, 2020 at 8:00 p.m., the provisions of section 6 of this Order requiring in-person work environment restrictions are modified as follows: all businesses and not-for-profit entities in the City shall utilize, to the maximum extent possible, any telecommuting or work from home procedures that they can safely utilize. Each employer shall reduce the in-person workforce at any work locations by 75% no later than March 21, 2020 at 8:00 p.m. and shall further reduce its in-person workforce to the extent required by any order of the Governor issued pursuant to his powers under section 29-a of the Executive Law. Any essential business or entity providing essential services or functions shall not be subject to the in-person restrictions.

§ 8. I hereby authorize all agencies to continue enforcing any additional limitations regarding workforce restrictions on businesses and not-for-profit entities that may be imposed by the Governor of New York State pursuant to his powers under §29-a of the Executive Law.

§ 9. This Order incorporates any and all relevant provisions of Governor Executive Order No. 202 and subsequent orders issued by the Governor of New York State to address the State of Emergency declared in that Order pursuant to his powers under §29-a of the Executive Law.

§ 10. I hereby direct the Fire Department of the City of New York, the New York City Police Department, the Department of Buildings, the Sheriff, and other agencies as needed to immediately enforce the directives set forth in this Order in accordance with their lawful enforcement authorities, including but not limited to Administrative Code sections 15-227(a) and 28-201.1, and section 107.6 of the New York City Fire Code.

§ 11. I hereby order that section 164-a of the Charter, to the extent such section requires the filing of a duly verified statement of income and expenses on or before March 24, 2020, is suspended, and that such deadline is extended to a date no earlier than thirty (30) days after the termination or expiration of the State of Emergency.

§ 12. I hereby order that subdivision (b) of section 11-214 of the Administrative Code, to the extent such subdivision requires an owner of record to apply for correction of a new assessment within twenty (20) days of the mailing of written notice of such assessment, is suspended, and that such 20-day period is tolled for the duration of the State of Emergency.

§ 13. I hereby order that section 17-1603 of the Administrative Code, to the extent such section requires persons to personally appear before the Department of Health and Mental Hygiene to register or complete other actions required by such section, is suspended, and that any time restrictions for the completion of such registration or other actions set forth in such section are tolled for the duration of the State of Emergency.

§ 14. In accordance with Executive Law § 24 and New York City Administrative Code 3-108, any person who knowingly violates the provisions in sections 4(b) through 9 of this Order shall be guilty of a class B misdemeanor.

§ 15. This Emergency Executive Order shall take effect immediately, and shall remain in effect for five (5) days unless it is terminated or modified at an earlier date.

_____
Bill de Blasio,
MAYOR