# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

America's Kids, LLC,  ) z0
　　　　　　　　　　　)
　　　　Plaintiff,　　 )
　　　　　　　　　　　)　　Case No. 20 C 3520
　　v.　　　　　　　　)
　　　　　　　　　　　)　　Hon. Virginia M. Kendall
Zurich American Insurance Company, )
　　　　　　　　　　　)
　　　　Defendant.　  )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant (s)

which ☐ includes ____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) Zurich American Insurance Company

and against Plaintiff(s) America's Kids, LLC
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion to Dismiss and Motion for Judicial Notice.

Date:　10/26/2021　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

　　　　　　　　　　　　　　　　　　　　/s/Lynn Kandziora , Deputy Clerk